**Lena Fingerhuth, appellee, v. William Maher et al., appellants. Gen. No. 40,225.**

Heard in the third division of this court for the first district at the June term, 1938. Opinion filed November 30, 1938. Rehearing denied December 16, 1938.

James H. Burr, for certain appellant. Samuel A. Strauss, for appellee; Thomas J. Mullen, of counsel.

Mr. Justice Hebel delivered the opinion of the court.